648

Circuit granted.  *Mr. Porter R. Chandler* for petitioners. *Messrs. Frederic R. Coudert* and *Frederic R. Coudert, Jr.,* for respondents.

No. 828. CHISHOLM ET AL. *v.* GILMER, RECEIVER. April 13, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted, limited to the question of the jurisdiction of the District Court. *Messrs. Minitree Jones Fulton* and *Homan W. Walsh* for petitioners. *Messrs. John S. Eggleston* and *George Gilmer* for respondent.

No. 859. ASHTON ET AL. *v.* CAMERON COUNTY WATER IMPROVEMENT DISTRICT No. ONE. April 13, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. Palmer Hutcheson, J. W. Terry,* and *W. P. Hamblen* for petitioners. *Mr. Vincent M. Miles* for respondent.

No. 837. PICK MANUFACTURING Co. *v.* GENERAL MOTORS CORP. ET AL. April 27, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Carl B. Rix* for petitioner. *Messrs. Thomas Francis Howe* and *Henry S. Rademacher* for respondents.

No. 853. MECHANICS UNIVERSAL JOINT Co. ET AL. *v.* CULHANE, RECEIVER. April 27, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. S. R. Kenworthy* for peti-